**Dwight E. JORDAN, Plaintiff–Appellant,**

v.

**The CITY OF DARIEN, Bonita Caldwell, Chief Donnie Howard, Nicholas Rountree, Officers of the City of Darien Police Department, Officer Anthony Brown, Officers of the City of Darien Police Department, Archie Davis, Defendants–Appellees.**

No. 16–17721

United States Court of Appeals, Eleventh Circuit.

Filed: 09/28/2017

William D. Barwick, Cynthia L. Counts, Duane Morris, LLP, Atlanta, GA, for Plaintiff–Appellant.

Richard Strickland, Steven Blackerby, Emily Rose Hancock, Brown Readdick Bumgartner Carter Strickland & Watkins, LLP, Brunswick, GA, Phillip Leroy Hartley, Hieu Minh Nguyen, Harben Hartley & Hawkins, LLP, Gainesville, GA, Patrick T. O'Connor, Benjamin Mason Perkins, Lauren E.H. Meadows, Oliver Maner, LLP, Savannah, GA, for Defendants–Appellees.

Before TJOFLAT and JORDAN, Circuit Judges, and HUCK,* District Judge.

PER CURIAM:

This lawsuit arose in the aftermath of a disturbance at a school board meeting and involved First and Fourth Amendment claims brought under 42 U.S.C. §§ 1983 and 1985 and the Georgia Open Meetings Act, O.C.G.A. §§ 50–14–1–50–14–6. The plaintiff appeals the District Court's summary judgment in favor of the defendants. After considering the parties briefs and with the benefit of oral argument in Atlanta, we conclude that the summary judgment should be affirmed.

**AFFIRMED.**